UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANE CHARBONEAU,

    Plaintiff,

                                    File No. 5:04-CV-116

v.

                                    HON. ROBERT HOLMES BELL

SEVERN TRENT LABORATORIES, INC.,

    Defendant.
                                           /

## ORDER TAXING COSTS

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiff's motion to disallow costs (Docket # 57) is **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED** that costs are taxed in the amount of **$3,498.15**.

Date:    April 6, 2006        /s/ Robert Holmes Bell
                                                ROBERT HOLMES BELL
                                                CHIEF UNITED STATES DISTRICT JUDGE