No. 06-1074

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

DIANE CHARBONEAU

    Plaintiff - Appellant

v.

SEVERN TRENT LABORATORIES, INC., A Delaware corporation, registered to conduct business in the State of Michigan

    Defendant - Appellee

ORDER

FILED
MAY - 1 2006
LEONARD GREEN, Clerk

A TRUE COPY.
Attest:
LEONARD GREEN, Clerk
By _____
   Deputy Clerk

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation of the parties to voluntarily dismiss the appeal pursuant to 42(b), Federal Rules of Appellate Procedure,

**IT IS ORDERED** that the appeal be and hereby is dismissed.

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk